FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 28  PM 12: 39

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WARREN DAY | CIVIL ACTION |
| VERSUS | NO. 04-2083 |
| C.M. LENSING | SECTION "F" (4) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion, Accordingly;

IT IS ORDERED that petitioner's application for federal habeas corpus relief under 28 U.S.C. § 2254 is DISMISSED with prejudice as time-barred..

New Orleans, Louisiana, this 27th Day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
___ Dktd_____
___ CtRmDep_____
___ Doc. No_____